Certificate Number: 14912-CAC-DE-041251745

Bankruptcy Case Number: 26-13916



14912-CAC-DE-041251745

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 25, 2026, at 3:29 o'clock AM EDT, Abdul Sesay completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:  July 27, 2026                    By:    /s/Jai Bhatt

                                        Name:  Jai Bhatt

                                        Title:  Counselor