Lynda T. Bui, Trustee
3550 Vine Street, Suite 200B
Riverside, CA 92507
(949) 340-3400 Telephone
(949) 340-3000 Facsimile
Trustee.Bui@shulmanbastian.com

Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION**

| | |
|---|---|
| In re<br><br>ABDUL SESAY,<br><br>Debtor. | Case No. 6:26-bk-13916-RB<br><br>Chapter 7<br><br>**NOTICE OF WITHDRAWAL OF CHAPTER 7 TRUSTEE'S REPORT OF NO DISTRIBUTION**<br><br>[No Hearing Required] |

**TO THE HONORABLE MAGDALENA REYES BORDEAUX, UNITED STATES BANKRUPTCY JUDGE, UNITED STATES TRUSTEE, AND ALL OTHER PARTIES IN INTEREST:**

Lynda T. Bui, the duly appointed Chapter 7 Trustee in the above-captioned bankruptcy case, hereby withdraws the report entitled, "Chapter 7 Trustee's Report of No Distribution," filed on June 17, 2026. The Trustee is investigating newly discovered potential assets of the estate.

Dated: 8/18/2026

/s/ Lynda T. Bui
Lynda T. Bui, Chapter 7 Trustee