United States Bankruptcy Court

Central District of California

In re:
Abdul Kabirr Sesay
Debtor

Case No. 26-13916-RB
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-6 User: admin 

Date Rcvd: Sep 30, 2026 Form ID: ntcpdiv Total Noticed: 15

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Abdul Kabirr Sesay, 27581 Blooming Vista Way, Menifee, CA 92584-3906 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: CALTAXFEE | Oct 01 2026 07:05:00 | California Department of Tax and Fee Administratio, Collections Support Bureau, MIC 29, PO Box 942879, Sacramento, CA 94279-0029 |
| smg | | EDI: EDD.COM | Oct 01 2026 07:05:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Oct 01 2026 07:05:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| cr | + | Email/Text: BKRMailOps@weltman.com | Oct 01 2026 03:29:00 | NAVY FEDERAL CREDIT UNION, c/o Weltman, Weinberg & Reis Co., LPA, 5990 West Creek Rd, Suite 200, INDEPENDENCE, OH 44131, UNITED STATES 44131-2191 |
| 43101718 | | Email/PDF: bncnotices@becket-lee.com | Oct 01 2026 03:32:00 | American Express, PO Box 650448, Dallas, TX 75265-0448 |
| 43101719 | + | EDI: BANKAMER2 | Oct 01 2026 07:05:00 | Bank of America, 100 N Tryon St, Charlotte, NC 28202-4036 |
| 43101720 | | EDI: TSYS2 | Oct 01 2026 07:05:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 43101721 | | EDI: JPMORGANCHASE | Oct 01 2026 07:05:00 | Chase Card Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 43101722 | | EDI: CITICORP | Oct 01 2026 07:05:00 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 43101723 | | EDI: DISCOVER | Oct 01 2026 07:05:00 | Discover Bank, PO Box 30943, Salt Lake Cty, UT 84130-0943 |
| 43119876 | | Email/Text: dmcco.vbaspl@va.gov | Oct 01 2026 03:28:00 | Department of Veteran Affairs, PO Box 11930, Saint Paul, MN 55111-0930 |
| 43101724 | | EDI: NFCU.COM | Oct 01 2026 07:05:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 43101725 | | Email/Text: bankruptcyteam@rocketmortgage.com | Oct 01 2026 03:29:00 | Rocket Mortgage, PO Box 6577, Carol Stream, IL 60197-6577 |
| 43101726 | | Email/Text: bkelectronicnotices@usaa.com | Oct 01 2026 03:28:00 | USAA Savings Bank, 9800 Fredericksburg Rd, San Antonio, TX 78288-0001 |

TOTAL: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Abdul Kabirr Sesay bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| David Akindele Akintimoye | on behalf of Plaintiff JUDDYS SESAY daa225110@gmail.com |
| Joseph C Delmotte | on behalf of Interested Party Courtesy NEF ecfcacb@aldridgepite.com JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com |
| Lynda T. Bui (TR) | trustee.bui@shulmanbastian.com C115@ecfcbis.com,RPodorovsky@shulmanbastian.com |
| Sabrin Hirbawi | on behalf of Creditor NAVY FEDERAL CREDIT UNION BNK-LegalSupport@weltman.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 6

# United States Bankruptcy Court
# Central District of California

**3420 Twelfth Street, Riverside, CA 92501−3819**

## NOTICE OF POSSIBLE DIVIDEND AND ORDER FIXING TIME TO FILE CLAIMS

**DEBTOR(S) INFORMATION:**
Abdul Kabirr Sesay
**SSN:** xxx−xx−2528
**EIN:** N/A

27581 Blooming Vista Way
Menifee, CA 92584−3906

**BANKRUPTCY NO.** 6:26−bk−13916−RB
**CHAPTER** 7

Notice is hereby given that sufficient assets may become available for a distribution to creditors in the above−captioned bankruptcy case.

Therefore, in accordance with the provisions of Bankruptcy Rule 3002(c)(5), creditors must file their proofs of claim **on or before January 4, 2027**.

**ANY CREDITOR WHO HAS PREVIOUSLY FILED A PROOF OF CLAIM NEED NOT FILE AGAIN.**

A Proof of Claim form (Official Form 410) can be obtained at the United States Court's website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office.

Dated: September 30, 2026

For The Court,

**Kathleen J. Campbell**
Clerk of Court